# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LATITIA C. MOUZON | * | |
| Plaintiff | * | |
| v | * | Civil Action No. WMN-11-1167 |
| RESORTS AT ATLANTIC CITY | * | |
| Defendant | * | |

***

## MEMORANDUM

The above-captioned personal injury complaint was filed on May 2, 2011, along with a Motion to Proceed in Forma Pauperis. ECF No. 2. For purposes of this review, Plaintiff's motion shall be granted.

The Complaint invokes this Court's diversity of citizenship jurisdiction. Plaintiff is a citizen of Maryland and Defendant is located in New Jersey. ECF No. 1. Plaintiff seeks to recover damages in the amount of $8,610.03 for medical expenses and other damages related to a slip and fall accident she suffered on the premises of Defendant. Under 28 U.S.C. §1332 this Court has original jurisdiction of all actions where the "matter in controversy exceeds the sum or value of $75,000" and is between citizens of different States. It is clear from the complaint that Plaintiff has not satisfied the jurisdiction requirements to file her complaint in this court.

Accordingly, by separate Order which follows, the Complaint shall be dismissed without prejudice.

/s/

_May 16, 2011_
Date

William M. Nickerson
Senior United States District Judge